**FILED**

DEC 17 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER HITHE,<br><br>Defendant. | No. C 13-05046 HRL (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |

    Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983, and an application for leave to proceed In Forma Pauperis ("IFP"). (Docket Nos. 1 and 3.) Plaintiff's application was deficient because it did not contain a Certificate of Funds in prisoner's account completed and signed by an authorized officer of the institution and a copy of his prisoner's trust account statement showing transactions for the last six months. Plaintiff has filed a letter stating that he is "being denied a copy of prisoner's trust account statement transaction for the last six months." (Docket No. 6.) The Court construes Plaintiff's letter as a motion for an extension of time to file a complete IFP application.

    In the interest of justice, Plaintiff's motion is **GRANTED**. Plaintiff shall file the necessary documents to complete his IFP application **no later than thirty (30) days** from the filing date of this order. The Clerk is directed to send a courtesy copy of this order to

Order Granting Motion for EOT to File Complete IFP Application
G:\PRO-SE\HRL\CR.13\05046Trujillo_eot-ifp.wpd

1   the trust account office of Corcoran State Prison where Plaintiff is located.

2

3   DATED:  _____12/17/13_____

    _____
4   HOWARD R. LLOYD
    United States Magistrate Judge



**FILED**

DEC 17 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GUILLERMO CRUZ TRUJILLO,   Case Number CV 13-05046 HRL (PR)

    Plaintiff,

v.   **CERTIFICATE OF SERVICE**

CORRECTIONAL OFFICER HITHE,

    Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ___12/17/2013___, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Guillermo Cruz Trujillo**
AA2974
C.S.A.T.F/Corcoran State Prison
P.O. Box 5246
Corcoran, CA 93212

DATED: ___12/17/2013___

Richard W. Wieking, Clerk
By: ~~Elizabeth Garcia,~~ Deputy Clerk
P. Cronwell